IN THE UNITED STATES OF AMERICA
DISTRICT OF NORTH CAROLINA

ROBERT JAMES SWINT,
Plaintiff,

Vs.

Internal Revenue Service,
defendant,

COMPLAINT

Civil Act#

1:26-cv-00116-MR

FILED
ASHEVILLE, NC

APR 28 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Jurisdiction
42 U.S.C. 1983 Universal
Title VII - Human Rights
1964

BODY

the United States before the signing, April 18th 1775, Jesus is coming, the 2nd Coming is here, April 15th tax day, 21st release, April 18th the Patriot set to Margin of error 3 together were ONE apart, it's 3, the 3 Alishas, from the bible

Case 1:26-cv-00116-MR   Document 1   Filed 04/28/26   Page 1 of 2

Elisha, Who survived from Wing Elijia, and JEH, where is Jes and the United States, Jer USAlem, over.

Claim

D.O.C. 4/15 verification, And Job 4:21, Where is Easter Kero's

$21.99

April 18ᵗʰ
2020
1332

6¢

One World together at Home Muburak, Antifasion, the
Russian Interference
Meddling

Sincerely,
RtSt
L.R.S.

4-22-2026

EARTH LAW
URSALA

D.RS/DAR

DINO LAW
DAR

AR 19